1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              MDL NO. 1699
    MARKETING SALES PRACTICES AND          District Judge:  Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*     **STIPULATION AND ORDER OF**
    (06-2273 CRB)                                           **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

                                      -1-

1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
*(06-2605 CRB)*

2

3 | *Ozzie Jackson vs. Pfizer Inc, et al.*
*(06-2274 CRB)*

4 | *Ronald Jacoby vs. Pfizer Inc, et al.*
*(07-4689 CRB)*

5

6 | *Kathy Jewell vs. Pfizer Inc, et al.*
*(07-1355 CRB)*

7 | *Dorothy Johnson vs. Pfizer Inc, et al.*
*(06-5039 CRB)*

8

9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et*
*al.*
*(07-4549 CRB)*

10

11 | *John R. Jones vs. Pfizer Inc, et al.*
*(06-3899 CRB)*

12 | *Sylvester Jones vs. G.D. Searle LLC, et al.*
*(07-4550 CRB)*

13

14 | *Robert K. Kiser II vs. Pfizer Inc, et al.*
*(06-4104 CRB)*

15 | *Frank Klinger vs. G.D. Searle LLC, et al.*
*(05-4739 CRB)*

16

17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
*(08-2149 CRB)*

18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.*
*(07-1528 CRB)*

19

20 | *Bertha R. Lacy vs. Pfizer Inc, et al.*
*(06-7383 CRB)*

21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et*
*al.*
*(08-1856 CRB)*

22

23 | *Thomas Lauer vs. Pfizer Inc, et al.*
*(08-2854 CRB)*

24

25 | *Barbara Laver vs. Pfizer Inc, et al.*
*(08-3705 CRB)*

26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
*(06-7631 CRB)*

27

28 | *Vickie L. Lewis vs. Pfizer Inc, et al.*
*(06-4284 CRB)*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2  *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)
4
   *Norma Matthias vs. Pfizer Inc, et al.*
5  (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)
7
   *William D. McCluskey vs. Merck & Co. Inc, et*
8  *al.*
   (07-3342 CRB)
9
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10 (05-4738 CRB)

11 *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)
12
   *Vince Mejer vs. Pfizer Inc, et al.*
13 (07-0237 CRB)

14 *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)
15
   *Alfred Melton vs. Pfizer Inc, et al.*
16 (06-2745 CRB)

17 *Richard McNabb, et al. vs. Pfizer Inc, et al.*
   (07-6450 CRB)
18
   *Wilmer Merriweather vs. G.D. Searle LLC, et*
19 *al.*
   (05-4452 CRB)
20
   *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21 (06-6588 CRB)

22 *Ronald Miller vs. Pfizer Inc, et al.*
   (09-0892 CRB)
23
   *Linda Mirza vs. Pfizer Inc, et al.*
24 (06-3818 CRB)

25 *Carolyn Montiforte vs. Pfizer Inc, et al.*
   (07-4735 CRB)
26
   *Henry C. Morris vs. Pfizer Inc, et al.*
27 (06-3686 CRB)

28 *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1   (09-0891 CRB)

2   *Patsy Murry, et al. vs. Pfizer Inc, et al.*
    (06-7438 CRB)

3

4   *Ed Narke vs. Pfizer Inc, et al.*
    (08-0260 CRB)

5   *Dian C. Neal vs. Pfizer Inc, et al.*
    (06-3900 CRB)

6

7   *Rosa M. Nelson vs. Pfizer Inc, et al.*
    (06-2275 CRB)

8   *Cliff Norwood vs. G.D. Searle LLC, et al.*
    (05-4451 CRB)

9

10  *Floyd Odom vs. Pfizer Inc, et al.*
    (07-5885 CRB)

11  *Joan J. Opel vs. Pfizer Inc, et al.*
    (07-4372 CRB)

12

13  *Mary Osteen vs. Pfizer Inc, et al.*
    (06-6928 CRB)

14  *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)

15

16  *James Curtis Owens vs. Pfizer Inc, et al.*
    (06-1669 CRB)

17  *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)

18

19  *Albert Pearson vs. G.D. Searle LLC, et al.*
    (05-4455 CRB)

20  *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)

21

22  *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
    (05-4492 CRB)

23  *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)

24

25  *Linda Redinger vs. Pfizer Inc, et al.*
    (07-0454 CRB)

26  *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)

27

28  *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
    (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10·16 2009        By: _____

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009        _____
Hon. Charles R. Breyer
United States District Court

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42579891.1

PFZR/1035934/1132569v.1